**963 GORDON vs. RECORDERS' COURT JUDGE (Detroit), No. 13775.**

To compel respondent to sign a bill of exceptions on behalf of relator who had been convicted of the murder of his own daughter.

Denied January 17, 1894.

The relator contended that but a single question was involved, viz., as to whether his wife was a competent witness against him, and the bill as presented contained only the testimony of the wife and the court insisted that the testimony of the relator should be included.


**964 HARRISON vs. CIRCUIT JUDGE (Van Buren), No. 15140.**


**965 HARRISON vs. CIRCUIT JUDGE (Van Buren), No. 15148.**

To vacate orders extending time for settlement of testimony in chancery causes on appeal, where the testimony was taken in open court, the decrees entered May 10, 1895, time extended June 28, ninety days, September 27 to December 1, 1895, and the only excuse offered was the stenographer's refusal to transcribe his minutes until promised payment therefor by a responsible person.

Granted October 23, 1895, with costs in each case against complainant in the chancery cases.